UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KILEY DELIEFDE SWAINE,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY OF TORRANCE, CODY WELDIN, CHRISTOPHER TOMSIC, VAN LINGEN TOWING, INC., VAN LINGEN BODY SHOP, INC., ROBERT VAN LINGEN and DOES 1 through 10, inclusive,<br><br>    Defendants.<br><br>_____ | Case No.: 2:22-cv-00404-MCS-RAO<br><br>**[PROPOSED] ORDER ON STIPULATION TO ENLARGE TIME TO SERVE FIRST AMENDED COMPLAINT FOR DAMAGES ON DEFENDANT CODY WELDIN (ECF No. 23)**<br><br>PRESENT LAST DATE TO SERVE CITY DEFENDANTS:<br><br>             MAY 17, 2022<br><br>CTRM:       7C<br><br>**UNITED STATES DISTRICT JUDGE MARK C. SCARSI** |

**HAVING CONSIDERED** the Parties' Stipulation to Enlarge Time to Serve First Amended Complaint for Damages on Defendant Cody Weldin, and good cause having been shown therefor;

**IT IS HEREBY ORDERED** that time is enlarged from May 17, 2022 to June 20, 2022 for plaintiff to serve defendant Cody Weldin with the summons and operative complaint.

Dated: May 18, 2022

_____
MARK C. SCARSI
UNITED STATES DISTRICT JUDGE