WOODRUFF, SPRADLIN & SMART, APC
PATRICK M. DESMOND - State Bar No. 215029
pdesmond@wss-law.com
555 Anton Boulevard, Suite 1200
Costa Mesa, California 92626-7670
Telephone:  (714) 558-7000
Facsimile:   (714) 835-7787

Attorneys for Defendant CITY OF TORRANCE, a public entity

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KILEY DELIEFDE SWAINE,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CITY OF TORRANCE, CODY WELDIN, CHRISTOPHER TOMSIC, VAN LINGEN TOWING, INC., VAN LINGEN BODY SHOP, INC., ROBERT VAN LINGEN and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | CASE NO.: 2:22-cv-00404-MCS-RAO<br><br>BEFORE THE HONORABLE MARK C. SCARSI<br>COURTROOM 7C<br><br>**CERTIFICATE OF INTERESTED PARTIES** |

　　　　The undersigned, counsel of record for Defendant CITY OF TORRANCE, a public entity, certify the following listed parties may have a direct and pecuniary interest in the outcome of this case.

///

///

///

1

1701499.1

| **Party** | **Connection** |
|---|---|
| Kiley DeLiefde Swaine | Plaintiff |
| City of Torrance | Defendant |
| Cody Weldin | Defendant |
| Christopher Tomsic | Defendant |
| Van Lingen Towing, Inc. | Defendant |
| Van Lingen Body Shop, Inc. | Defendant |
| Robert Van Lingen | Defendant |

DATED: July 19, 2022        WOODRUFF, SPRADLIN & SMART, APC

By: */s/ Patrick M. Desmond*
    PATRICK M. DESMOND
    Attorneys for Defendant CITY OF
    TORRANCE, a public entity

1701499.1

2

## PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF ORANGE

I am over the age of 18 and not a party to the within action; I am employed by WOODRUFF, SPRADLIN & SMART in the County of Orange at 555 Anton Boulevard, Suite 1200, Costa Mesa, CA 92626-7670.

On July 19, 2022, I served the foregoing document(s) described as Defendant **CERTIFICATE OF INTERESTED PARTIES**

☐  by placing the true copies thereof enclosed in sealed envelopes addressed as stated on the attached mailing list;

☐  by placing ☐ the original ☐ a true copy thereof enclosed in sealed envelopes addressed as follows:

☐  **(BY MAIL)** I placed said envelope(s) for collection and mailing, following ordinary business practices, at the business offices of WOODRUFF, SPRADLIN & SMART, and addressed as shown on the attached service list, for deposit in the United States Postal Service. I am readily familiar with the practice of WOODRUFF, SPRADLIN & SMART for collection and processing correspondence for mailing with the United States Postal Service, and said envelope(s) will be deposited with the United States Postal Service on said date in the ordinary course of business.

☒  **(BY ELECTRONIC SERVICE)** by causing the foregoing document(s) to be electronically filed using the Court's Electronic Filing System which constitutes service of the filed document(s) on the individual(s) listed on the attached mailing list.

☐  **(BY OVERNIGHT DELIVERY)** I placed said documents in envelope(s) for collection following ordinary business practices, at the business offices of WOODRUFF, SPRADLIN & SMART, and addressed as shown on the attached service list, for collection and delivery to a courier authorized by _____ to receive said documents, with delivery fees provided for. I am readily familiar with the practices of WOODRUFF, SPRADLIN & SMART for collection and processing of documents for overnight delivery, and said envelope(s) will be deposited for receipt by _____ on said date in the ordinary course of business.

☒  (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare under penalty of perjury that the above is true and correct.

Executed on July 19, 2022, at Costa Mesa, California.

                              s/ *Vilay Lee*
                              VILAY LEE

1701499.1

**KILEY DELIEFDE SWAINE v. CITY OF TORRANCE, et al.**

**USDC, CENTRAL DISTRICT OF CALIFORNIA
CASE NO. 2:22-cv-00404-MCS-RAO**

**BEFORE THE HONORABLE
MARK C. SCARSI
COURTROOM 7C**

**SERVICE LIST**

| | |
|---|---|
| Jerry L. Steering, Esq.<br>Brenton W. Aitken Hands, Esq.<br>LAW OFFICE OF JERRY L. STEERING<br>4063 Birch Street, Suite 100<br>Newport Beach, CA 92660<br>T: (949) 474-1849 \| F: (949) 474-1883<br>Email: jerry@steeringlaw.com<br>　　　　brentonaitken@gmail.com | Attorney for Plaintiff<br>**KILEY DELIEFDE SWAINE** |

4

1701499.1