Louis J. Esbin, Esq. (Cal Bar 119705)
LAW OFFICES OF LOUIS J. ESBIN
27451 Tourney Road, Suite 120, Valencia, California 91355
Tel: 661.254.5050 | Fax: 661.254.5252 | Email: Louis@Esbinlaw.com

Richard A. Marcus, Esq. (Cal Bar No. 183140)
LAW OFFICES OF RICHARD A. MARCUS
28494 Westinghouse Place, Suite 205, Valencia, CA 91355
P: 661-257-8877 | F: 661-775-9423 | Email: Richard@attorneyrichardmarcus.com

Attorneys for Defendants, VAN LINGEN TOWING, INC., VAN LINGEN BODY SHOP, INC., ROBERT VAN LINGEN

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| KILEY DELIEFDE SWAINE, <br><br> Plaintiff, <br><br> vs. <br><br> CITY OF TORRANCE, CODY WELDIN, CHRISTOPHER TOMSIC, VAN LINGEN TOWING, INC., VAN LINGEN BODY SHOP, INC., ROBERT VAN LINGEN and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No. 2:22-cv-00404-MCS-RAO <br><br> NOTICE OF SETTLEMENT AND EXECUTION OF SETTLEMENT AGREEMENT WITH REGARD TO THE SPECIAL MOTION TO STRIKE PLAINTIFF'S SIXTH CLAIM FOR RELIEF FOR INTENTIONAL MISREPRESENTATION / FRAUD. <br><br> Date: August 29, 2022 <br> Time: 9:00 am <br> Place: Courtroom 7C <br> United States Courthouse <br> 350 W. 1st Street, 6th Floor <br> Los Angeles, CA 90012 |

**TO THE HONORABLE MARK C. SCARSI, UNITED STATES DISTRICT JUDGE, PARTIES IN INTEREST AND COUNSEL OF RECORD:**

**COMES NOW** Defendants, VAN LINGEN TOWING, INC., VAN LINGEN BODY SHOP, INC., ROBERT VAN LINGEN (collectively, "Defendants" and each a "Defendant"), by and through counsel, Louis J. Esbin, Esq., of the Law Offices of Louis J. Esbin, and Richard A. Marcus, Esq., of the Law Offices of Richard A. Marcus

(collectively, "Counsel of Record"), having filed on July 21, 2022, the NOTICE OF SPECIAL MOTION AND SPECIAL MOTION TO STRIKE PLAINTIFF'S SIXTH CLAIM FOR RELIEF FOR INTENTIONAL MISREPRESENTATION / FRAUD, ETC. ("Motion") (ECF No. 31), having filed on July 27, 2022, the ERRATA TO SPECIAL MOTION AND SPECIAL MOTION TO STRIKE PLAINTIFF'S SIXTH CLAIM FOR RELIEF FOR INTENTIONAL MISREPRESENTATION / FRAUD ("Errata") (ECF No. 40), with Plaintiff having filed the Opposition to the Motion (ECF No. 48), and the Court having entered the ORDER TAKING MOTION (ECF No. [31]) UNDER SUBMISSION (ECF No. 52) prior to the last date by which Defendants were to have filed a Reply to the Opposition to the Motion, Defendants and Plaintiff now do respectfully submit to this Honorable Court this NOTICE OF SETTLEMENT AND EXECUTION OF SETTLEMENT AGREEMENT ("Settlement Agreement") WITH REGARD TO THE SPECIAL MOTION TO STRIKE PLAINTIFF'S SIXTH CLAIM FOR RELIEF FOR INTENTIONAL MISREPRESENTATION / FRAUD ("Notice"), in which Settlement Agreement, among other things, it is agreed Plaintiff dismisses Defendants, and each of them, which dismissal will be set forth in a separately filed Stipulation Requesting Defendants Dismissal, and in which Settlement Agreement Plaintiff grants to Defendants a Lien in the sum of $35,000, as and for the attorney fees and costs incurred by Defendants, and each of them, in the course of this Case, which Lien will be filed in the Case and will be payable from any proceeds Plaintiff may recover in the course thereof.

///

///

///

**WHEREFORE**, Defendants respectfully request this Court duly consider this Notice and the Settlement reached between the Plaintiff and Defendants as resolving the Motion.

Dated: August 23, 2022

LAW OFFICES OF LOUIS J. ESBIN

/s/ Louis J. Esbin

LOUIS J. ESBIN, ESQ.
Attorneys Defendants, VAN LINGEN TOWING, INC., VAN LINGEN BODY SHOP, INC., ROBERT VAN LINGEN

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this district court case. My business address is:

Law Offices of Louis J. Esbin
27451 Tourney Road, Suite 120, Valencia, California 91355

A true and correct copy of the foregoing document described **NOTICE OF SETTLEMENT AND EXECUTION OF SETTLEMENT AGREEMENT WITH REGARD TO THE SPECIAL MOTION TO STRIKE PLAINTIFF'S SIXTH CLAIM FOR RELIEF FOR INTENTIONAL MISREPRESENTATION / FRAUD** will be served or was served **(a)** on the judge in chambers in the form and manner required by the L.R.; and **(b)** in the manner indicated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Rule(s) ("L.R."), the foregoing document will be served by the court via NEF and hyperlink to the document. On August 23, 2022, I checked the CM/ECF docket for this district court case and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Jerry Steering (jerrysteering@yahoo.com)     Patrick Desmond (pdesmond@wss-law.com)
Tom Yu (tyu@pelayes-yu.com)                  Richard A. Marcus
Louis J. Esbin (Louis@Esbinlaw.com)          (Richard@attorneyrichardmarcus.com)

☐ Service information continued on attached page

**2. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:**
On August 23, 2022, I served the following person(s) and/or entity(ies) at the last known address(es) in this district court case by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

Hon. Mark C. Scarsi
United States Courthouse
350 W. 1st Street, 7th Floor, Courtroom 7C
Los Angeles, CA 90012

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling L.R., on August 23, 2022, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed*

Jerry Steering (jerrysteering@yahoo.com)     Patrick Desmond (pdesmond@wss-law.com)
Tom Yu (tyu@pelayes-yu.com)                  Richard A. Marcus
Louis J. Esbin (Louis@Esbinlaw.com)          (Richard@attorneyrichardmarcus.com)

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| August 23, 2022 | Linda Dekker | /s/ Linda Dekker |
|---|---|---|
| *Date* | *Type Name* | *Signature* |