**LAW OFFICE OF JERRY L. STEERING**
Jerry L. Steering, Esq. (SBN 122509)
jerry@steeringlaw.com
Brenton W. Aitken Hands, Esq. (SBN 308601)
brentonaitken@gmail.com
4063 Birch Street, Suite 100
Newport Beach, CA 92660
Telephone: (949) 474-1849
Facsimile: (949) 474-1883

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KILEY DELIEFDE SWAINE, | Case No.: 2:22-cv-00404-MCS-RAO |
| Plaintiff, | **NOTICE OF SETTLEMENT OF CASE** |
| vs. | |
| CITY OF TORRANCE, CODY WELDIN, CHRISTOPHER TOMSIC, VAN LINGEN TOWING, INC., VAN LINGEN BODY SHOP, INC., ROBERT VAN LINGEN and DOES 1 through 10, inclusive, | DATED:   FEBRUARY 17, 2023 |
| | CTRM:   7C |
| Defendants. | **UNITED STATES DISTRICT JUDGE MARK C. SCARSI** |

**TO THIS HONORABLE COURT AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that all of the parties to this action have settled all claims by plaintiff against all of the parties to this action**.** The parties will be filing a Stipulation for Dismissal of Action pursuant to F.R.Civ.P. 41 when defendant City of Torrance forwards the settlement funds to plaintiff.

Dated: February 17, 2023          __/s/_ *Jerry L. Steering* _____
                                                         JERRY L. STEERING, ATTORNEY FOR
                                                         PLAINTIFF KILEY SWAINE